# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY SERRANO-GOMEZ, | : | CIVIL ACTION NO. 3:CV-15-0048 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| Sgt. STUBBS, | : | |
| Defendant | : | |

## ORDER

**AND NOW, THIS 22nd DAY OF JUNE, 2016**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/s/ William J. Nealon
**United States District Judge**